## WATSON *v.* PEARRE.

SIMMONS, C. J. Jurisdiction of the subject-matter of a suit can not be waived. Under the decision in *Blocker* v. *Boswell,* 109 *Ga.* 230, a justice's court has no jurisdiction of suits in trover. It was, therefore, proper to grant a motion to dismiss such a suit when appealed to the superior court from a justice's court, although both parties consented to the appeal. The superior court had no jurisdiction to entertain the appeal, nor this court any to entertain the writ of error. *Smith* v. *Ferrario,* 105 *Ga.* 51, 54.

*Writ of error dismissed. All the Justices concurring.*

Submitted February 7, — Decided February 28, 1900.

Appeal. Before Judge Brinson. Richmond superior court. April term, 1899.

*Russell & Rosenfield,* for plaintiff.
*Henry C. Roney,* for defendant.